

FILED
JUN 24 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
~~HELENA~~ DIVISION
*Missoula*

| IN THE MATTER OF THE SEARCH OF: | MJ 19- 40 -~~H~~-JCL M |
|---|---|
| United States Postal Service parcel addressed to David Stewart, 1800 5th Ave, Helena, MT 59601 | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Affidavit for Search Warrant, and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant, and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 24th day of June, 2019.

_Jeremiah C. Lynch_
JEREMIAH C. LYNCH
United States Magistrate Judge

1